UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE M. LEMLEY,<br><br>        Plaintiff,<br><br>vs.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, JACKSON LEWIS LLP, LONG TERM DISABILITY COVERAGE FOR ALL EMPLOYEES CLASSIFIED BY EMPLOYER AS ATTORNEYS and DOES 1-20 INCLUSIVE,<br><br>        Defendants | Case No. CV 07-02749 JAM EFB<br><br>ORDER GRANTING DEFENDANTS' MOTION TO STRIKE JURY DEMAND |

        On April 11, 2008 Defendant The Prudential Company of America moved this Court pursuant to Federal Rule of Civil Procedure Rule 12(f) for an order striking the Jury Demand from Plaintiff's First Amended Complaint. That same day, the motion was joined by Defendants Jackson Lewis LLP and Long Term Disability Coverage for All Employees Classified by Employer as Attorneys, Key Administrators or Partners, and Does 1-20 Inclusive. On April 29, 2008, Plaintiff filed a Notice of Non-Opposition to Defendants' Motion to Strike.

        ERISA affords no right to a jury trial. *Thomas v. Oregon Fruit Prods. Co.*, 228 F.3d 991, 997 (9th Cir. 2000) (explicitly finding no right to a jury trial for any type of claim under ERISA);

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

PROPOSED ORDER OF DEFENDANTS
CASE NO. CV 07-2749 JAM EFB

PDF created with pdfFactory trial version www.pdffactory.com

*Spinelli v. Gaughan*, 12 F.3d 853, 856-58 (9th Cir. 1993) (no right to jury trial for retaliation claim under Section 510 of ERISA); *Broaddus v. Florida Power Corp.*, 145 F.3d 1283, 1287 (11th Cir. 1998) (affirming motion to strike jury demand in ERISA case on ground that no right to a jury trial existed). Based on this well-established precedent, Plaintiff's demand for a jury trial is immaterial and must be stricken from her First Amended Complaint.

Defendants' motion is hereby **GRANTED**. Plaintiff's Jury Demand is hereby stricken from her First Amended Complaint.

APPROVED AS TO FORM::   /s/_____
                        Michelle M. Lemley
                        Pro Se

IT IS SO ORDERED.

DATED:  May 9, 2008    /s/ John A. Mendez
                       Hon. Judge John A. Mendez
                       U.S. District Judge

1-SF/7700425.1

Morgan, Lewis & Bockius LLP
Attorneys At Law
San Francisco

2

PROPOSED ORDER OF DEFENDANTS NO.
CV 07-2749 JAM EFB

PDF created with pdfFactory trial version www.pdffactory.com