1  TAD A. DEVLIN (SBN 190355)
   E.J. KIM (SBN 250062)
2  GORDON & REES LLP
   275 Battery Street, Suite 2000
3  San Francisco, CA 94111
   Telephone: (415) 986-5900
4  Facsimile: (415) 986-8054

5  Attorneys for Defendant
   THE PRUDENTIAL INSURANCE COMPANY
6  OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

(SACRAMENTO BRANCH)

| | |
|---|---|
| MICHELLE M. LEMLEY, | CASE NO. 2:07 CV2749 JAM EFB |
| Plaintiff, | **STIPULATION AND ORDER REQUESTING ADR REFERRAL AND TO VACATE AND RESET CASE DATES PENDING ADR** |
| vs. | |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, et al., | |
| Defendants. | |

TO THE HONORABLE COURT, ALL PARTIES AND COUNSEL OF RECORD:

Please take notice that counsel for Defendants Jackson Lewis LLP and the Long Term Disability Coverage For All Employees Classified by Employer as Attorneys and Administrators ("Jackson Lewis, LLP"), Plaintiff Michelle M. Lemley ("Lemley") and counsel for Defendant The Prudential Insurance Company of America ("Prudential") met and conferred regarding the Court's Voluntary Dispute Resolution Program ("VDRP") and stipulate as follows.

The parties agree to participate in VDRP pursuant to U.S. Eastern District Local Rule 16-271 and request referral by the Court to a Court-sponsored mediator, preferably located in or around Napa, California to accommodate Lemley.

Further, the parties agree and respectfully request the Court vacate all current case dates as set forth in the Court's December 15, 2008 Minute Order and reset the case dates convenient

-1-
STIPULATION AND [PROPOSED] ORDER REQUESTING ADR REFERRAL
AND RESET CASE DATES PENDING ADR
Case No. 2:07 cv2749 JAM EFB

with the Court, if necessary. The current case deadlines are: March 11, 2008 deadline for completion of discovery, April 8, 2009 Plaintiff's Motion for Summary Judgment due, April 8, 2009 Defendants' Opposition and Cross-Motion due, May 13, 2009 Plaintiff's Reply due, May 27, 2009 Defendants' Reply due and June 17, 2009 Hearing on the MSJ.

After mediation, the parties will file a joint report with the Court advising of mediation completion and case status, and the Court can either schedule a Case Management Conference or issue new cases dates convenient with the Court's schedule.

The parties agree that Lemley, by entering this Stipulation, does not waive her discovery issued to Prudential. Defendants disagree with Lemley that discovery is permissible in this action, but for purposes of the Stipulation, will agree that Lemley does not waive her position regarding discovery by entering this stipulation. Lemley also agrees Prudential's responses to her issued discovery are stayed and not due until fifteen (15) days after the parties complete mediation.

IT IS TO STIPULATED.

DATED: March 2, 2009

By___\s\ Michelle M.Lemley_____
    Michelle M. Lemley
    Plaintiff in *pro per*

DATED: March 2, 2009          GORDON & REES LLP

By_____\s\ Tad A. Devlin_____
    Tad A. Devlin
    Attorneys for Defendant
    THE PRUDENTIAL INSURANCE
    COMPANY OF AMERICA

Gordon & Rees LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| DATED: March 4, 2009 | JACKSON LEWIS, LLP |

By___/s/_____
    Ashley B. Abel
    Attorneys for Defendants
    JACKSON LEWIS LLP and LONG TERM
    DISABILITY COVERAGE FOR ALL
    EMPLOYEES CLASSIFIED BY
    EMPLOYER AS ATTORNEYS PLAN

**ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to Court-sponsored mediation pursuant to U.S. Eastern District Local Rule 16-271. Good cause appearing, the Court vacates all current case dates as set forth in the Court's December 15, 2008 Minute Order. After mediation, the parties will file a Joint VDRP Report with the Court advising of mediation completion, and the Court will either schedule a Case Management Conference or issue new cases dates convenient with the Court's schedule.

The parties shall complete mediation within forty five (45) days of this order.

The Parties' Joint VDRP Report is due no later than fourteen (14) days after mediation.

IT IS SO ORDERED.

DATED: March 5, 2009

    /s/ John A. Mendez_____
    Honorable John A. Mendez
    United States District Judge

Gordon & Rees LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111

PDF created with pdfFactory trial version www.pdffactory.com