Gordon & Rees LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111

TAD A. DEVLIN (SBN 190355)
E.J. KIM (SBN 250062)
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendant
THE PRUDENTIAL INSURANCE COMPANY
OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

(SACRAMENTO BRANCH)

| | |
|---|---|
| MICHELLE M. LEMLEY,<br><br>       Plaintiff,<br><br>vs.<br><br>THE PRUDENTIAL INSURANCE<br>COMPANY OF AMERICA, et al.,<br><br>       Defendants. | CASE NO. 2:07 CV2749 JAM EFB<br><br>**FURTHER STIPULATION AND ORDER EXTENDING MEDIATION DEADLINE** |

TO THE HONORABLE COURT, ALL PARTIES, AND COUNSEL OF RECORD:

  Please take notice that counsel for Defendants Jackson Lewis LLP and the Long Term Disability Coverage For All Employees Classified by Employer as Attorneys and Administrators ("Jackson Lewis, LLP"), Plaintiff Michelle M. Lemley ("Lemley") and counsel for Defendant The Prudential Insurance Company of America ("Prudential") met and conferred regarding the current mediation deadline set in this case pursuant to this Court's March 15, 2009 Minute Order.

  The parties are currently trying to establish a mediation date convenient for all parties and court appointed mediator Robert Greenfield and have stipulated to extend the mediation deadline for another 45 days. On behalf of all parties, Prudential respectfully submits this further

PRU/1052363/6535299v.1

-1-

FURTHER STIPULATION AND [PROPOSED] ORDER
EXTENDING MEDIATION DEADLINE      Case No. 2:07 cv2749 JAM EFB

PDF created with pdfFactory trial version www.pdffactory.com

stipulation requesting the Court approve the parties' stipulation extending the mediation deadline for another 45 days from the date of the Court's order regarding this request.

DATED: April 16, 2009                                    GORDON & REES LLP

By____/s/ Tad A. Devlin_____
    Tad A. Devlin
    Attorneys for Defendant
    THE PRUDENTIAL INSURANCE
    COMPANY OF AMERICA

## [PROPOSED] ORDER

Pursuant to the Stipulation above, the mediation deadline is extended another 45 days from the date of this Order. After mediation, the parties will file a Joint VDRP Report with the Court advising of mediation completion, and the Court will either schedule a Case Management Conference or issue new cases dates convenient with the Court's schedule.

The parties shall complete mediation within forty five (45) days of this order.

The Parties' Joint VDRP Report is due no later than fourteen (14) days after mediation.

IT IS SO ORDERED.

DATED: April 20, 2009

    /s/ John A. Mendez_____
    Honorable John A. Mendez
    United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com