TAD A. DEVLIN (SBN 190355)
E.J. KIM (SBN 250062)
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile:  (415) 986-8054

Attorneys for Defendant
THE PRUDENTIAL INSURANCE COMPANY
OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

(SACRAMENTO BRANCH)

| | |
|---|---|
| MICHELLE M. LEMLEY, <br><br>                              Plaintiff, <br><br> vs. <br><br> THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, et al., <br><br>                              Defendants. | CASE NO. 2:07 CV2749 JAM EFB <br><br> **FURTHER STIPULATION AND ORDER EXTENDING MEDIATION DEADLINE** |

TO THE HONORABLE COURT, ALL PARTIES, AND COUNSEL OF RECORD:

Please take notice that counsel for Defendants Jackson Lewis LLP and the Long Term Disability Coverage For All Employees Classified by Employer as Attorneys and Administrators ("Jackson Lewis, LLP"), Plaintiff Michelle M. Lemley ("Lemley") and counsel for Defendant The Prudential Insurance Company of America ("Prudential") met and conferred regarding the current June 4, 2009 mediation deadline set in this case pursuant to the parties' previous stipulation and this Court's April 20, 2009 Order.

The parties have recently established a mediation date of July 1, 2009 which has been confirmed by mediator Robert Greenfield with the Court. On behalf of all parties, Prudential respectfully submits this further stipulation requesting the Court vacate the June 4, 2009

PDF created with pdfFactory trial version www.pdffactory.com

1  mediation deadline and extend the mediation deadline for another 45 days from the date of the

2  Court's order regarding this request to accommodate the July 1, 2009 mediation.

3  DATED: June 3, 2009                                    GORDON & REES LLP

6                                              By____/s/ Tad A. Devlin_____
                                                  Tad A. Devlin
7                                                 Attorneys for Defendant
                                                  THE PRUDENTIAL INSURANCE
8                                                 COMPANY OF AMERICA

9  DATED: June 3, 2009

11                                             By____/s/ Michelle M. Lemley_____
                                                  Michelle M. Lemley
12                                                Plaintiff, *In Pro Per*

14                                      **ORDER**

15       Pursuant to the Stipulation above, the mediation deadline is extended another 45 days

16  from the date of this Order. The Court notes mediation has been scheduled for July 1, 2009.

17  After mediation, the parties will file a Joint VDRP Report with the Court advising of mediation

18  completion, and the Court will either schedule a Case Management Conference or issue new

19  cases dates convenient with the Court's schedule.

20       The parties shall complete mediation within forty five (45) days of this order.

21       The Parties' Joint VDRP Report is due no later than fourteen (14) days after mediation.

22       IT IS SO ORDERED.

24  DATED: June 3, 2009

26                                              /s/ John A. Mendez_____
                                                Honorable John A. Mendez
27                                              United States District Judge

-2-
FURTHER STIPULATION AND [PROPOSED] ORDER
EXTENDING MEDIATION DEADLINE                                    Case No. 2:07 cv2749 JAM EFB

PDF created with pdfFactory trial version www.pdffactory.com