1  MICHELLE M. JACK (formerly, Michelle M. Lemley) (SBN 180656)
   116 Poe Court
2  Napa, CA  94558
   Telephone: (707) 637-7412
3  *In Pro Per*

4  TAD A. DEVLIN (SBN 190355)
   E.J. KIM (SBN 250062)
5  GORDON & REES LLP
   275 Battery Street, Suite 2000
6  San Francisco, CA 94111
   Telephone: (415) 986-5900
7  Facsimile:  (415) 986-8054

8  Attorneys for Defendant
   The Prudential Insurance Company of America
9
   ASHLEY B. ABEL (*Pro Hac Vice*)
10 JACKSON LEWIS LLP
   One Liberty Square, Suite 800
11 55 Beattie Place
   Greenville, SC  29601
12 Telephone: (864) 232-7000
   Facsimile:  (864) 265-1381
13
   Attorneys for Defendants
14 Jackson Lewis LLP, Long Term Disability
   Coverage for All Employees Classified
15 by Employer as Attorneys

16

17                        UNITED STATES DISTRICT COURT

18                      FOR THE EASTERN DISTRICT OF CALIFORNIA

19                                SACRAMENTO DIVISION

20

21 | MICHELLE M. LEMLEY,                    ) | CASE NO. CV 07-02749 JAM EFB
                                            )
22 |                    Plaintiff,          ) | **STIPULATION OF DISMISSAL WITH**
   | vs.                                    ) | **PREJUDICE AND ORDER THEREON**
23 |                                        )
   | THE PRUDENTIAL INSURANCE               )
24 | COMPANY OF AMERICA, JACKSON             )
   | LEWIS LLP, LONG TERM DISABILITY        )
25 | COVERAGE FOR ALL EMPLOYEES             )
   | CLASSIFIED BY EMPLOYER AS              )
26 | ATTORNEYS AND ADMINISTRATORS,          )
                                            )
27 |                    Defendants.         )
                                            )
28

Gordon & Rees LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111

Pursuant to the terms of the Confidential Settlement Agreement executed by all the parties hereto, Plaintiff Michelle M. Jack (formerly Michelle Lemley) hereby dismisses this suit in its entirety as to all parties with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Defendants, by and through their undersigned attorneys of record, hereby consent to Plaintiff's voluntary dismissal of all claims asserted or that could have been asserted herein, with prejudice.

The parties shall bear their own attorneys' fees, expenses, and costs.

**IT IS SO STIPULATED.**

DATED: January 21, 2010

By  */s/ Michelle M. Jack*
Michelle M. Jack
(formerly Michelle M. Lemley)
*In Propria Persona*

DATED: January 21, 2010

GORDON & REES LLP

By  */s/ Tad A. Devlin*
Tad A. Devlin
E.J. Kim
Attorneys for Defendant
The Prudential Insurance Company
of America

DATED: January 21, 2010

JACKSON LEWIS LLP

By  */s/ Ashley B. Abel*
Ashley B. Abel (*Pro Hac Vice*)
Attorneys for Defendants
Jackson Lewis LLP, Long Term
Disability Coverage for All
Employees Classified by Employer
as Attorneys

-1-
STIPULATION OF DISMISSAL WITH PREJUDICE
AND [PROPOSED] ORDER THEREON                             CV07-02749 JAM-EFB

Gordon & Rees LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111

PDF created with pdfFactory trial version www.pdffactory.com

## ORDER

Pursuant to the stipulation of the parties, the above-captioned matter and all claims of relief therein are dismissed with prejudice as to all parties in its entirety. Each party is to bear its own fees and costs.

**IT IS SO ORDERED.**

DATED: January 21, 2010

/s/ John A. Mendez
Judge of the United States District Court
For the Eastern District of California

Gordon & Rees LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111

-2-
STIPULATION OF DISMISSAL WITH PREJUDICE
AND [PROPOSED] ORDER THEREON                              CV07-02749 JAM EFB

PDF created with pdfFactory trial version www.pdffactory.com